IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LATERRENCE A. LENOIR                                              PETITIONER

V.                              CIVIL ACTION NO. 5:18-CV-52-DCB-LGI

ANDREW MILLS                                                      RESPONDENT


<u>Order Adopting Report and Recommendation</u>

This matter is before the Court on Magistrate Judge LaKeysha Greer Isaac's Report and Recommendation [ECF No. 18], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Isaac's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Judge Isaac recommends that the Petitioner's Petition for Writ of Habeas Corpus [ECF No. 1] be denied and that this action be dismissed with prejudice. Judge Isaac further recommends that Petitioner's request for an evidentiary hearing be denied.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge LaKeysha Greer Isaac's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. This action is hereby DISMISSED with prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 27th day of July, 2021.

/s/ David Bramlette
UNITED STATES DISTRICT COURT